# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0643.  ANTHONY B. LEE-BEY v. THE STATE.**

Anthony Lee-Bey filed this direct appeal from the trial court's order revoking his probation.  An application for discretionary appeal is required to appeal a probation revocation order.  OCGA § 5-6- 35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005).  Because this Court lacks jurisdiction to consider a direct appeal from a probation revocation order, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 01/11/2013
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
           *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*